IN THE SUPREME COURT OF NORTH CAROLINA

No. 322A23

Filed 18 October 2024

IN THE MATTER OF: K.P.W.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, No. COA23-205 (N.C. Ct. App. Nov. 7, 2023), vacating an order entered on 18 November 2022 by Chief Judge David V. Byrd in District Court, Wilkes County. Heard in the Supreme Court on 26 September 2024.

*Erika Leigh Hamby for petitioner-appellant Wilkes County Department of Social Services.*

*Michelle FormyDuval Lynch for appellant Guardian ad Litem.*

*Wendy C. Sotolongo, Parent Defender, by J. Lee Gilliam, Assistant Parent Defender, for respondent-appellee father.*

PER CURIAM.

For the reasons stated in the dissenting opinion below, the decision of the Court of Appeals is reversed.

REVERSED.

Justice RIGGS did not participate in the consideration or decision of this case.

Justice EARLS dissenting.

I would affirm the decision of the Court of Appeals for the reasons stated in the majority opinion below. Therefore, I respectfully dissent.